Speros Maniates, Esq.
**LAW OFFICE OF SPEROS MANIATES**   MD JS-6
2425 East Slauson Avenue, Suite 118
Huntington Park, California 90255
CA Bar No.: 107782
Tel.: (323) 582-7413
Fax.: (323) 582-6012

Attorney for Defendant
Pedro Rosas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, formerly known as MASSACHUSETTS INDEMNITY AND LIFE INSURANCE COMPANY,<br><br>Plaintiff -in- Interpleader,<br><br>v.<br><br>PEDRO ROSAS, an individual, ENRIQUETTA MARTINEZ, and DOES 1 trough 10, Inclusive.<br><br>Defendants -in-Interpleader. | CASE NO. CV09-02893 VBF (JCx)<br><br>SETTLEMENT DECREE AFTER MEDIATION IN INTERPLEADER (28 U.S.C. § 1335)<br><br>AND JUDGMENT |

On November 19, 2009, this Interpleader action went to mediation before the Honorable Magistrate Jacqueline Chooljian. The Plaintiff stakeholder in this action was previously dismissed and discharged on July 16, 2009, and only the claims of the remaining parties to the sums on deposit in the registry of the court remained for trial. Plaintiff stakeholder was awarded attorney's fees and costs in the amount of $7,040.00 which amount was paid from policy proceeds currently deposit with this court. There is a balance of $94,053.15 remaining.

-1-
SETTLEMENT DECREE AFTER MEDIATION IN INTERPLEADER
(28 U.S.C § 1335)

On November 19, 2009, at the conclusion of mediation before Magistrate Jacqueline Chooljian the parties entered into an agreement on the record for the balance of the sum on deposit in the registry of the court so that each party will be awarded a percentage of the sum on deposit set out in this decree and accompanying order.

In this action, the parties are entitled by their agreement to recover the following percentages of the sums on deposit in the registry of the court, and the Clerk is ordered to pay each counsel for his respective party the appropriate percentage set forth below as soon as this settlement judgment is entered.

To Speros Maniates, Esq. on behalf of Defendant Pedro Rosas        55%      or   $51,729.97

To Wallace Vernoff on behalf, Esq. of Defendant, Enriqueta Martinez   45%      or   $42,323.18

This settlement decree finally and fully resolves all claims that the parties may have concerning the funds on deposit.

LET JUDGMENT BE ENTERED ACCORDINGLY.

**DATED:** January 20, 2010

*Valerie Baker Fairbank*

_____
**UNITED STATES DISTRICT JUDGE
VALERIE BAKER FAIRBANK**

**CC: FISCAL**

-2-
SETTLEMENT DECREE AFTER MEDIATION IN INTERPLEADER
(28 U.S.C § 1335)